IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROY PAUL BROWN,

    Plaintiff,

v.

NANCY BERRYHILL,
Acting Commissioner of Social Security,

    Defendant.

ORDER

17-cv-0438-slc

Karl Osterhout, counsel for plaintiff Roy Paul Brown, has moved for authorization of attorney fees and costs for his representation of plaintiff. Counsel is seeking $8,949 in fees and $400 in costs under the Equal Access to Justice Act, 28 U.S.C. § 2412. Defendant Nancy Berryhill, Acting Commissioner of the Social Security Administration, does not oppose plaintiff's counsel's request. Accordingly, I am granting plaintiff's counsel's motion.

After counsel for the parties verify that plaintiff owes no pre-existing debt subject to offset, defendant shall pay $8,949 in fees and $400 in costs to counsel in accordance with the assignment signed by plaintiff and his counsel.

ORDER

IT IS ORDERED that plaintiff Roy Paul Brown's counsel's motion for attorney fees in the amount of $8,949 and costs in the amount of $400, dkt. 12, is GRANTED.

Entered this 9th day of November, 2018.

BY THE COURT:

/s/

_____
STEPHEN L. CROCKER
Magistrate Judge